Bradley T. Wibicki, Esq.
Nevada Bar No. 11321
MURCHISON & CUMMING, LLP
6900 Westcliff Drive, Suite 605
Las Vegas, Nevada  89145
Telephone: (702) 360-3956
Facsimile: (702) 360-3957
bwibicki@murchisonlaw.com

Attorneys for Defendants
BJ DANIEL; SES LOGISTICS, LLC; NRG
TRANSPORT SERVICES, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GABRIELLA ROMERO,<br><br>            Plaintiff,<br><br>      v.<br><br>BJ DANIEL; SES LOGISTICS, LLC, an Arizona corporation; NRG TRANSPORT SERVICES, LLC, an Arizona corporation and DOES I-X,<br><br>            Defendants. | Case No. 2:14-cv-01238-RFB-CWH<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1    ## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

2    IT IS HEREBY STIPULATED to by Plaintiff, GABRIELLA ROMERO and Defendants

3    BJ DANIEL; SES LOGISTICS, LLC; and NRG TRANSPORT SERVICES, LLC, by and through

4    their respective counsel of record, that the above-entitled matter is hereby dismissed in its

5    entirety with prejudice, with each of the parties to bear their own attorney's fees and costs.

6    **STIPULATED AND AGREED TO:**

7    DATED this __13__ day of April, 2015          DATED this __8__ day of April, 2015

8    **MURCHISON & CUMMING, LLP**                    **SCHUETZE & MCGAHA, P.C.**

9

10   By: _____           By: _____
11       Bradley T. Wibicki, Esq.                 Eva L.D. Johnson, Esq.
         Nevada Bar No. 11321                      Nevada Bar No. 10628
         6900 Westcliff Drive, Suite 605           601 S. Rancho Drive, Suite C-20
12       Las Vegas, Nevada 89145                   Las Vegas, Nevada 89106
         Attorneys for Defendants                  Attorneys for Plaintiff
13

14

15   **IT IS SO ORDERED.**

16

17   _____
18   RICHARD F. BOULWARE, II
     United States District Judge
19   DATED this  6th day of October, 2015.

20

21

22

23

24

25

26

27

28

2

1 | **PROOF OF SERVICE**

2 | **STATE OF NEVADA, COUNTY OF CLARK**

3 |     At the time of service, I was over 18 years of age and not a party to this action.  I am
employed in the County of Clark, State of Nevada.  My business address is 6900 Westcliff
4 | Drive, Suite 605, Las Vegas, Nevada 89145.

5 |     On April _13_, 2015, I served true copies of the following document(s) described as
**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** on the interested parties
6 | in this action as follows:

7 | **SEE ATTACHED LIST**

8 | **CM / ECF FILING SYSTEM AND BY U.S. MAIL:**  I enclosed the document(s) in a sealed
envelope or package addressed to the persons at the addresses listed in the Service List and
9 | placed the envelope for collection and mailing, following our ordinary business practices.  I am
readily familiar with Murchison & Cumming's practice for collecting and processing
10 | correspondence for mailing.  I am aware that on motion of the party served, service is
presumed invalid if the postal cancellation date or postage meter date is more than one
11 | business day after the date of deposit for mailing in this declaration.

12 |     I declare under penalty of perjury under the laws of the United States of America that the
foregoing is true and correct and that I am employed in the office of a member of the bar of this
13 | Court at whose direction the service was made.

14 |     Executed on April _13_, 2015, at Las Vegas, Nevada.

15 |

16 |

                               Justin L. Haman

17 |

18 | **SERVICE LIST**
**Gabriella Romero vs. BJ Daniel, et. al.**

19 |

20 | William W. McGaha, Esq.               Attorneys for Plaintiff
Eva L.D. Johnson, Esq.
Schuetze & McGaha, PC
21 | 601 S. Rancho Drive, Suite C-20
Las Vegas, NV  89106
22 | Telephone: 702-369-3225

23 | Kelly K. Huang, Esq.                  Attorneys for Plaintiff
Huang & Associates
24 | Post Office Box 371332
Las Vegas, NV  89137
25 |

26 |

27 |

28 |